**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 4, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-21-00724-CV

---

## IN RE D & L OIL AND GAS LLC AND BAYKO, PREBEG, FAUCETT & ABBOTT, PLLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-56699**

---

## MEMORANDUM OPINION

On December 15, 2021, relators D & L Oil and Gas LLC and Bayko, Prebeg, Faucett & Abbott, PLLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Tanya Garrison, presiding judge of the 157th

District Court of Harris County, to vacate her October 15, 2021 order granting TAI Acquisition Corporation's petition for Rule 202 presuit deposition.[1]

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

---

[1] *See* Tex. R. Civ. P. 202.